# United States District Court

DISTRICT OF RHODE ISLAND

Hector R. Martinez-Torres,
Plaintiff

V.

United States of America.
Defendant

Ex Parte
**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

05 108 T

CASE NUMBER:

I, Hector R. Martinez-Torres declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [x] Yes [ ] No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration FCI at Otisville in New York.

   Are you employed at the institution? Yes Do you receive any payment from the institution? Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? [ ] Yes [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment [ ] Yes [x] No
   b. Rent payments, interest or dividends [ ] Yes [x] No
   c. Pensions, annuities or life insurance payments [ ] Yes [x] No
   d. Disability or workers compensation payments [ ] Yes [x] No
   e. Gifts or inheritances [x] Yes [ ] No
   f. Any other sources [ ] Yes [x] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. Gift from family but it is uncertain its continuity see attached ledger.

(2)

4. Do you have **any** cash or checking or savings accounts? [x] Yes [ ] No

If "Yes" state the total amount. See attached ledger.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? [ ] Yes [xx] No

If "Yes" describe the property and state its value.

FILED
2005 MAR -9 A 10: 38
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

I declare under penalty of perjury that the above information is true and correct.

3/13/05 — DATE

Hector R Martinez Torres — SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 10.07 on account to his/her credit at (name of institution) FCI Otisville, NY. I further certify that the applicant has the following securities to his/her credit: ______. I further certify that during the past ~~six~~ three (3) months the applicant's average balance was $ 460.00

3/3/05 — DATE

[signature] — SIGNATURE OF AUTHORIZED OFFICER

K. McNair, Correctional Counselor

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | 05382070 | Current Institution: | Otisville FCI |
| Inmate Name: | MARTINEZ-TORRES, HECTOR | Housing Unit: | CSW-FC |
| Report Date: | 02/24/2005 | Living Quarters: | E11-007L |
| Report Time: | 12:31:58 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OTV | 2/14/2005 11:48:19 AM | 26 | | | Sales | ($90.35) | | $9.47 |
| OTV | 2/10/2005 5:07:36 PM | 52 | | | Sales | ($0.37) | | $99.82 |
| OTV | 2/9/2005 4:45:05 PM | ITS0209 | | | ITS Withdrawal | ($19.00) | | $100.19 |
| OTV | 2/8/2005 11:37:34 AM | 235 | | | SPO | | ($9.10) | -------- |
| OTV | 2/6/2005 5:29:10 AM | 70125802 | | | Lockbox - CD | $50.00 | | $119.19 |
| OTV | 2/2/2005 11:30:52 AM | 002033 | | | FRP Monthly Pymt | ($25.00) | | $69.19 |
| OTV | 2/1/2005 11:22:05 PM | ITS0201 | | | ITS Withdrawal | ($20.00) | | $94.19 |
| OTV | 1/21/2005 11:44:48 AM | 28 | | | Sales | ($89.35) | | $114.19 |
| OTV | 1/21/2005 8:23:09 AM | | 874 | | Gift | ($250.00) | | $203.54 |
| OTV | 1/18/2005 5:27:17 PM | 86 | | | Sales | ($1.20) | | $453.54 |
| OTV | 1/18/2005 8:06:21 AM | | 858 | | Gift | ($100.00) | | $454.74 |
| OTV | 1/10/2005 11:49:24 AM | 20 | | | Sales | ($212.20) | | $554.74 |
| OTV | 1/5/2005 5:20:43 PM | ITS0105 | | | ITS Withdrawal | ($30.00) | | $766.94 |
| OTV | 1/3/2005 11:57:31 AM | 17 | | | Sales | ($2.55) | | $796.94 |
| OTV | 12/28/2004 9:23:24 AM | | 657 | | Gift | ($150.00) | | $799.49 |
| OTV | 12/22/2004 5:37:37 PM | 82 | | | Sales | ($342.60) | | $949.49 |
| OTV | 12/21/2004 6:06:40 PM | 111 | | | Sales | $0.00 | | $1,292.09 |
| OTV | 12/21/2004 5:17:52 PM | ITS1221 | | | ITS Withdrawal | ($100.00) | | $1,292.09 |
| OTV | 12/21/2004 11:37:38 AM | 4402 | | 158162 | Local Collections | $1,392.09 | | $1,392.09 |
| OTV | 12/20/2004 6:26:28 PM | 34 | | | Sales | $0.00 | | $0.00 |

1

**Total Transactions: 20**

**Totals:** **$9.47** **($9.10)**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| OTV | $0.37 | $0.00 | $0.00 | $9.10 | $0.00 | $0.00 | $0.00 | $9.47 |
| **Totals:** | **$0.37** | **$0.00** | **$0.00** | **$9.10** | **$0.00** | **$0.00** | **$0.00** | **$9.47** |

Certified Correct: [signature], Controller
2/24/05