**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

HECTOR R. MARTINEZ-TORRES

v. C.A. No. 05-108T

UNITED STATES

ORDER DENYING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Plaintiff's Application to Proceed Without Prepayment of Fees is hereby denied. The only fee required is a five dollar ($5) filing fee and Plaintiff has more than that amount in his prison trust account.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: June 8 , 2005