CV05-108T

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

IN RE:

HECTOR R. MARTINEZ-TORRES, :

Petitioner, : CASE NO.:03-00119(01)T

V. :

UNITED STATES, :

Respondant, :

:

HECTOR R. MARTINEZ-TORRES, :

Petitioner, :

-against- : PETITION FOR WRIT OF MANDAMUS

ERNEST C. TORRES, :

UNITED STATES DISTRICT JUDGE, :

Respondant. :

:

JURISDICTION AND BASIS FOR PETITION

COMES NOW, the above named pro se petitioner who is currently, incarcerated at the federal correctional institution located at FCI Fort Dix, NJ., 08640 and, who respectfully files the instant petition to this Honorable Court for a writ of mandamus to the United States District Court, for the District of Rhode Island (Providence), seeking final resolution on his Title 28 U.S.C. §2255 motion to vacate, set aside or correct sentence.

This matter has been pending in the United States District Court, for the District of Rhode Island (Providence) since November 21, 2005, (Doc.7).

Pursuant to Title 28 U.S.C. §1651(a) and Rule 21(a) of the Federal Rules of Appellate Procedure, this Court has statutory and procedural authority to direct the above named district court to answer and decide a pending cause such as this one.

## STATEMENT OF THE RELEVANT FACTS

1. On March 9, 2005, petitioner filed the complained motion to vacate, set aside or correct sentence pursuant to Title 28 U.S.C. §2255, (Doc.1).

2. On April 26, 2005, objection was filed by the United States to motion to vacate, set aside or correct sentence pursuant to 28 U.S. §2255, (Doc.4).

3. On May 5, 2005, second objection and memorandum was filed by the United States to motion to vacate pursuant to 28 U.S. C. §2255, (Doc.5).

4. On May 8, 2005, United States District Court Judge, Ernest C. Torres denied petitioner's motion for leave to proceed in forma pauperis, (Doc.6).

On November 21, 2005, (Doc.7), the petitioner filed a memorandum in opposition to (Doc.4)objection by the United States to Petitioner's motion to vacate pursuant to 28 U.S.C. §2255 and (Doc.5) second objection and memorandum by the United States to Petitioner's motion to vacate pursuant to 28 U.S.C. §2255. (Entered:11/22/2005).

6. On or about early April of 2007, after several request on the status of the instant matter a docket entry was mailed to the petitioner reflecting no action movement as of docket entry of April 25, 2007, which was logged as under (Doc. 7), Entered on 11/22/2005. See Enclosure

REASON FOR GRANTING THE WRIT OF MANDAMUS

The petitioner contends that because approximately 18 months has elapsed since the initial filing of his application Titled" Motion to Vacate, Set Aside or Correct Sentence", pursuant to Title 28 U.S.C. §2255', the United States District Court, for the District of Rhode Island (Providence) has failed to resolve the instant matter or hold an evidentiary hearing as the records and filed does not conclusively shows petitioner is entitled to no relief of his filed §2255 motion.

The petitioner further contends that he has established a clear and indesputable right to have his petition expediously heard and decided, as he appears to have no alternative remedy. In Johnson v. Rogers, 917 F.2d 1283 (10th Cir. 1990), the court held that a 14-month delay in ruling to the petitioner's motion was impermissible. Also, see In re: Bennett, 136 F.3d 1279-1282 (11th Cir. 1998).

CONCLUSION:

For the reasons stated, the petitioner respectfully moves this Honorable Court to direct hte United States District Court, for the District of Rhode Island (Providence) to issue a ruling to his "motion to vacate, set aside or correct sentence" filed on March 3, 2005, pursuant to Title 28 U.S.C. §2255.

Respectfully submitted,

Date: June 4, 2007.

__________________________

Hector R. Martinez-Torres
Reg.NO.:05382-070
Federal Correctional Institution
Post Office Box 2000
Fort Dix, NJ 08640
Building 5711 East Compound

Attach see Proof of Service

# PROOF OF SERVICE

**I Certify that on** June 4, 2007 **(date) I mailed a copy of all of the attachments via first class mail to the following parties at the addresses listed below:**

The Honorable Ernest C. Torres
United States District Court Judge
John O. Pastore, Federal Building
Two Exchange Terrace
Providence, RI 02903-2431

Richard W. Rose
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

**In addition tot he above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:**

**I certify that this document was given to prison officials on** June 4, 2007 **(date) for forwarding to the Court.** of appeals. **I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. 1746.**

______________________________ June 4, 2007.

**(Signature)** **(Date)**