# United States Court of Appeals
## For the First Circuit

---

No. 07-1882

IN RE: HECTOR R. MARTINEZ-TORRES,

Petitioner.

---

Before

Torruella, Lynch and Howard,
Circuit Judges.

---

JUDGMENT

Entered: July 24, 2007

Petitioner has filed a petition for writ of mandamus, asking that we direct the district court to rule on his motion filed pursuant to 28 U.S.C. § 2255 in March 2005. We decline to issue the requested writ. On June 8, 2005, the district court denied petitioner's motion for leave to proceed in forma pauperis on the ground that the only fee required is a five dollar ($5) filing fee and petitioner has more than that amount in his prison trust account. The district court docket does not indicate that petitioner has paid the fee as required by the district court. We are confident that, once petitioner pays the required filing fee, the district court, in due course, will issue its ruling.

The petition for writ of mandamus is denied.

The motion for leave to proceed in forma pauperis filed in our court is denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

CERT...
I HEREBY CERTIF...
IS A TRUE AND CO...
THE ORIGINAL ON FIL...
AND IN MY LEGA...

FIRST CIRCUIT COURT ...
BOSTON, MA
By: M. D... Date: 7/24/07