UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---X

HECTOR R. MARTINEZ-TORREZ,

vs. C.A. No.05-108T

UNITED STATES OF AMERICA,

---X

PETITIONER'S CITATION OF SUPPLEMENTAL
AUTHORITIES UNDER FRAP 28(j)

Comes Now, the above named pro se petitioner who wish to incorporate the following citation by supplementing authority to his document titled "Movant's Traverse" dated May 10, 2005. Specifically, the petitioner contends that United States v. Nichols, 6th Cir., No.05-6452, 8/16/07; U.S. v. Griffin, 494 F. Supp. 2d 1 (D. Mass. 2007); And, respectively Cunningham v. California, ___U.S.___, 127 S.Ct. 856 166 L.Ed.2d 856 (2207), are his citation of supplemental authorities to be incorporated at page 3 ¶ 1 and 2 at the end of each ¶. Affirming a resentence based on a level 32 of drug quantity of 84.4 GM of crack and minus the 3E1.1 benefit holding a 140-175 base penal level at criminal history category V.

Respectfully submitted,

Hector R. Martinez-Torres
#053-82-070
FCI Fort Dix
PO. Box 2000
Fort Dix, NJ 08640

Date: October 8, 2007.

CERTIFICATE OF SERVICE

I, Hector R. Martines-Torres declares under penalty of perjury that the foregoing "petitioner's Citation Of Supplemental Authorities Under FRAP 28(j) is being served via fist class U.S. mail to the following:

United States Attorney's Office
Fleet Center
50 Kennedy Plaza, Eight Floor
Providence, RI 02903

Date: 10/08/07.

By ____________
Hector R. Martimes-Torres
#05382-070
FCI Fort Dix
PO. Box 2000
Fort Dix, NJ 08640