UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HECTOR R. MARTINEZ-TORRES,
Petitioner,

v.

UNITED STATES OF AMERICA,

C.A. No.05-108T

MOTION TOLLING THE LIMITATIONS PERIOD TO BEGIN WHEN PETITIONER IS ADEQUATELY SERVED WITH A COPY OF THE MEMORANDUM AND ORDER DENYING HIS §2255.

Comes Now, the above named pro se petitioner, who is currently incarcerated at the federal correctional institution located at FCI Fort Dix, NJ., who wish the denial of his §2255 motion tolling period to begin when he is adequately served with a copy of the memorandum and order denying same.

In support of this motion petitioner states the following:

1. That on November 19th 2007 the petitioner became aware of his §2255 motion being denied by the district court, after receiving a 'status' request of this case. See, Attach. A

2. That petitioner limitations period to proceed in this case as through a Rule 59(e); Mot. For reconsideration; Notice of Appeal; Certicate of Appeal cannot be taken without a good faith showing of where relief may be requested other than guessing without the memorandum and order denying the §2255 motion of this case.

3. That the employees of the federal Bureau of Prisons of Fort Dix, NJ., have not delivered petitioner the denial of his §2255 motion holding memorandum and order dated October 4th, 2007 and the subsequent Judgment entered against petitioner on October 5th 2007, till the date of this motion.

For the foregoing reason(s) petitioners motion tolling the limitations time period to begiin when petitioner is adequately served with a copy of the memorandum and order issued

on this case should be issued granted.

I, ______________________, declares under penalty of perjury that the foregoing statement(s) is true and correct based on the information and belief that I have to this date of this writing as I have not received copy of the memorandum and order issued on this case denying my §2255 motion entered on record on October 5th 2005. 28 U.S.C. §1746(2).

Executed by: ______________________
Hector Martinez-Torres

Respectfully submitted,

______________________
Hector Martinez-Torres
#05382-070
Fort Dix FCI
PO. Box 2000
Fort Dix, NJ 08640
Bldg.5751(E)

Date: November 26, 2007.

CERTIFICATE OF SERVICE

I, Hector Martinez-Torres, further declares under penalty of perjury that the foregoing "Mot. tolling the limitations period to begin when petitioner is adequately served with a copy of the memorandum and order denying his §2255 motion" is being served via first class U.S. mail to the following:

United States Attorney's Office
Fleet Center
50 Kennedy Plaza, Eight Floor
Providence, RI 02903

Date: November 26, 2007.

By: ______________________
Hector Martinez-Torres

David A. DiMarzio
Clerk of Court

**UNITED STATES DISTRICT COURT**
**District of Rhode Island**

Paulette J. Dube
Chief Deputy Clerk

November 16, 2007

Mr. Hector Martinez-Torres
#05382-070
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

*re: CA05-108-T Hector Martinez-Torres v. United States of America*

Dear Mr. Martinez-Torres:

In response to your letter dated November 1st, 2007, enclosed with this letter please find a copy of your docket sheet in the above-referenced matter.

Your case was **closed** pursuant to the October 4th, 2007 Memorandum and Order and the subsequent Judgment entered against you on October 5th, 2007. As you will note, your Citation of Supplemental Authorities has been docketed in this **closed case**. There are currently no motions pending in this matter, nor have you filed any Notice of Appeal with this Court as of this date. Therefore, the only "status" on your case, at this time, is that it has been closed since October 5th, 2007.

Very Truly Yours,

Ryan H. Jackson
Deputy Clerk

encl.



"ATTACHMEN A"