UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---X

HECTOR R. MARTINEZ-TORRES,
Petitioner,
v.                                        C.A. No.05-108T

UNITED STATES OF AMERICA,

---X

MOTION REQUESTING COPY OF MEMORANDUM
AND ORDER DENYING PETITIONER'S §2255 MOTION

Comes Now, the above named pro se petitioner who is currently incarcerated at the federal correctional facility located at Fort Dix, NJ., who wishes to receive a copy of the memorandum and order denying his §2255 motion on entered October 05, 2007.

In support of this motion petitioner states the following:

1. That till date the petitioner has not received a copy of the memorandum and order issued by the district court denying petitioner's §2255 motion entered October 5, 2007.

2. That on October 8, 2007 petitioner mailed 'Petitioner's Citation of Supplemental Authorities' to the court for consideration holding the belief that his §2255 motion was still pending before the district court.

3. That the employees of the Federal Bureau of Prisons of FCI Fort Dix, have not provided the petitioner with the copy of the memorandum and order denying petitioner's §2255 motion

4. That petitioner became aware of his §2255 motion being denied with a memorandum and order issued after receiving reply to his letter inquiry dated November 1, 2007 requesting the status of his belief that his §2255 motion was still pending.

For the foregoing reason(s) petitioner motion requesting

copy of memorandum and order denying his §2255 motion should be granted.

I, ________________________, declared under penalty of perjury that the foregoing statement(s) is true and correct based on the information and belief that I have to this date of this writing have not received copy of the memorandum and order issued on this case denying my §2255 motion entered on record on October 5, 2005. 28 U.S.C. §1746(2).

Executed by: [signature]
Hector R. Martinez-Torres

Respectfully submitted,

November 26, 2007.

[signature]
Hector Martinez-Torres
#05382-070
Fort Dix FCI
PO. Box 2000
Fort Dix, NJ 08640
Bldg.5711(E)

CERTIFICATE OF SERVICE

I, Hector R. Martinez-Torres further declares under penalty of perjury that the foregoing 'Mot. requesting copy of memorandum and order denying petitioner's §2255 motion' is being served via first class U.S. mail to the following:

United States Attorney's Office
Fleet Center
50 Kennedy Plaza, Eight Floor
Providence, RI 02903

Date: November 26, 2007.

By: [signature]
Hector Martinez-Torres