UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HECTOR MARTINEZ-TORRES

Petitioner, C.A. No. 05-108T

v.

UNITED STATES OF AMERICA,

MOTION FOR ENLARGEMENT OF TIME

Comes Now petitioner pro se, at fCI Fort Dix, NJ., files this motion for an enlargement of time to file the next necessary motion for reconsideration of this court judgment order entered on October 5, 2007 denying his §2255 motion. The defendant basis this request on the following grounds set forth below.

1. On October 5, 2007, this court denied the petitioner's §2255 motion to vacate sentence.

2. The petitioner did not receive a copy of the memorandum and order until January 4, 2008, when he filed a motion to request a copy and to toll the time for any follow up action he wish to file after the receipt of the order.

3. This court granted to toll the limitation period until January 14, 2008, and granted the provision of the §2255 order and memorandum in an order entered December 21, 2007.

4. The petitioner alleges that because of the heavy traffic of mails during the holiday period, this court order and memorandum entered on December 21, 2007, did not reach the petitioner until January 4, 2008.

5. The petitioner has now been provided a copy of this court order denying his §2255 motion entered in October 2007 which he is now reviewing and would like to file a follow up motion.

6. Therefore, the petitioner is requesting for an enlargement of time for 30-days to include until February 14, 2008, in which to file a follow up motion to the denial

of his §2255 motion.

Wherefore, the petitioner prays that an enlargement of time to file a follow up to this court order denying his §2255 motion for 30-days to include until February 14, 2008, be granted.

Respectfully submitted,

Hector Martinez-Torres
#05382-070
FCI Fort Dix
PO. Box 2000
Fort Dix, NJ 08640

January 11, 2008

# PROOF OF SERVICE

I Certify that on 1/11/2008 (date) I mailed a copy of all of the attachments via first class mail to the following parties at the addresses listed below:

Office of the United States Attorney
U.S. District Court
District of Rhode Island
Providence, RI 02903

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition tot he above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 1/11/2008 (date) for forwarding to the Court. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. 1746.

[redacted]

(Signature)

1/11/2008

(Date)