**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HECTOR MARTINEZ-TORRES,
PETITIONER

v. C.A. No. 05-108T

UNITED STATES OF AMERICA,
RESPONDENT

**ORDER**

It is hereby ordered that Petitioner's Motion to Further Extend Time to file his appeal from the denial of his 18 U.S.C. §2255 is GRANTED. Petitioner may have up to and including February 14th, 2008 to file any such appeal. NO FURTHER EXTENSIONS OF TIME WILL BE CONSIDERED OR GRANTED.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres

Senior U.S. District Judge
Ernest C. Torres
date: 1/24/08